**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alfred Lee DAY, Defendant–Appellant.**

**No. 03–6017.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 28, 2003.

Alfred Lee Day, Appellant Pro Se. Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Alfred Lee Day seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Day has not made a substantial showing of the denial of a constitutional right. *See United States v. Day,* Nos. CR–98–15–R; CA–01–662–7 (W.D.Va. Nov. 1, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*